IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY,<br>　　　　Plaintiff,<br>v.<br><br>JOANNE LOCICERO, DAVID M. LOCICERO AS EXECUTOR OF THE ESTATE OF VINCENT R. LOCICERO, THE VINCENT R. LOCICERO FAMILY TRUST, THE VINCENT R. LOCICERO TRUST and THE VINCENT R. LOCICERO REVOCABLE TRUST,<br>　　　　Defendants | Case No. 13-10182-MLW |

**PLAINTIFF'S ASSENTED-TO MOTION TO MODIFY VALUE OF ANNUITIES SET FORTH IN COURT ORDER DIRECTING PLAINTIFF TO DEPOSIT FUNDS INTO COURT REGISTRY**

Plaintiff Metropolitan Life Insurance Company ("MetLife"), with the assent of all defendants, requests that that the Court modify its March 6, 2014 Order requiring MetLife to deposit into the Court Registry "about $102,517.57" from the disputed annuity funds it currently holds, see Document No. 34, to reflect the actual current amount of the disputed annuity funds, which is, with interest, $134,864.35. MetLife seeks this amendment because Local Rule 67.2 states that "[n]o money may be sent to the Court or its officers for deposit into the Court's registry without a Court order by the presiding judge in the case or proceeding," L.R. 67.2(a)(1), and MetLife does not want to cause confusion or accounting issues with the Clerk's Office over the different annuity amounts. MetLife also wants to ensure that the Court is aware of the full amount of the annuity.

*Allowed.*

*/s/ M. Y. DJ*

*March 12, 2014*

ME1 17395259v.1